**SAP AMERICA, INC., Plaintiff-Appellant**

v.

**WELLOGIX, INC.,**
**Defendant/Counterclaimant-Appellee**

**Wellogix Technology Licensing, LLC,**
**Defendant/Counterclaimant**

**Accenture LLP, Counterclaim**
**Defendant**

2017-1176

United States Court of Appeals,
Federal Circuit.

January 12, 2018

THARAN GREGORY LANIER, Jones Day, Palo Alto, CA, argued for plaintiff-appellant. Also represented by JOSEPH BEAUCHAMP, HOW-YING ALBERT LIOU, Houston, TX; ISRAEL SASHA MAYERGOYZ, Chicago, IL; MEGAN S. WOODWORTH, Venable LLP, Washington, DC.

RAFFI MELKONIAN, Wright Close & Barger, LLP, Houston, TX, argued for defendant/counterclaimant-appellee. Also represented by RUSSELL HOLLENBECK.

(Lourie, Taranto, and Chen, Circuit Judges).

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**